AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| DANIEL MANKILLER, Plaintiff, | ) ) ) |
| v. | ) ) ) |
| DR. BYRON HERBEL and ERIC HOLDER, *U.S. Attorney General*, Defendants. | ) **JUDGMENT IN A CIVIL CASE** ) **CASE NO. 5:13-CV-474-D** ) ) ) |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that Plaintiff's Motion to Proceed *informa pauperis* [D.E. 1] is GRANTED, and the complaint is DISMISSED as frivolous. The Clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **SEPTEMBER 6, 2013** WITH A COPY TO:

Daniel Mankiller, Pro Se (Via USPS to 207 Brookhaven St., S.W. Decatur, AL 35601-4127)

| | |
|---|---|
| September 6, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/ Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |